## EX PARTE MALONE.

(Decided Feb. 11, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, for appellant.

Per curiam. Dismissed for want of prosecution.

---

## MIMS V. THE STATE.

(Decided Jan. 23, 1913.)

APPEAL from Henry Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## EX PARTE MORGAN.

(Decided Feb. 13, 1913.)

Original petition in Court of Appeals.

DENSON & DENSON, for appellant.

Per curiam. Dismissed for want of prosecution.

---

## PARKS V. STATE.

(Decided Feb. 11, 1913.)

APPEAL from Lawrence County Court.

Heard before Hon. D. W. SPEAKE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—Affirmed.